**Opinion issued July 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00317-CV

————————————

**NTPI LLC AND AMIR H. BAJAMANLOU, Appellants**

**V.**

**LABORATORY CORPORATION OF AMERICA, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1240708**

## MEMORANDUM OPINION

Appellants NTPI LLC and Amir H. Bajamanlou have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.